MARISA MOREL and Others, Respondents, v. ELISHA HANSON and MOZART OPERA COMPANY, INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

MANHATTAN SAVINGS INSTITUTION, Appellant, v. GOTTFRIED BAKING COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

CONTINENTAL BAKING COMPANY, INC., Respondent, v. LITCHHULT TRUCKING COMPANY, INC., Appellant, Impleaded with Another, Defendant.— Determination of the Appellate Term and the order of the Municipal Court unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion to open default granted on payment by appellant of fifty dollars costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [See post, p. 1076.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL McKEE, JR., Appellant, v. FRANCES McKEE, Respondent.— Order, so far as appealed from, unanimously reversed and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Arbitration between KNICKERBOCKER TEXTILE CORPORATION, Appellant, and SHEILA-LYNN, INC., Petitioner, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [172 Misc. 1015.]

CHARLES S. BOSSIE, as Administrator, etc., of BENJAMIN L. BOSSIE, Deceased, Appellant, Respondent, v. DUFFY BROS., INC., and D. M. W. CONTRACTING CO., INC., Respondents, Appellants.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

THEODORE DONSAFT, Respondent, v. SAMUEL LAPIN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

ROSE FORNATORA, Appellant, v. SALVATORE FORNATORA, Respondent.— Judgment, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

HELEN ANNAS, Respondent, v. THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

BERNARD JOHNSON, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JAMES KOUROS, as Administrator, etc., of MARY KOUROS, Deceased, Appellant, v. RENWICK TRUCKING CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOSEPH YASSENOVSKY, Appellant, v. 1725 MORRIS AVENUE CORP., Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.